# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Messitte, Peter J | U.S. District Court | 05/1/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse<br>6500 Cherrywood Lane<br>Greenbelt, MD 20770 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/04 | Pension Plan - State of Maryland Judiciary |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J | 05/1/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Monthly 05 | Pension Payments - State of Maryland Judiciary | $ 42,310.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Magistratura do Triángulo Mineiro | August 26-27; Uberlandia, Minas Gerais, Brazil: First International Conference of Judges (Transportation, Food & Hotel) |
| 2. Ordem dos Advogados Portugueses | November 17-19; Vilamoura, Portugal: Sixth Conference of Portuguese Attorneys (Transportation, Food & Hotel) |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J | 05/1/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J | 05/1/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America | A | Interest | J | T | | | | | |
| 2. Wells Fargo Bank | A | Interest | J | T | Closed | 12/31 | | | |
| 3. Legg Mason Wood Walker IRA (same as 4 through 23) | | | | | | | | | |
| 4. Legg Mason Value Trust (as of 12/31/05) | A | Dividend | L | T | | | | | |
| 5. Legg Mason Special Investment Trust | A | Dividend | L | T | | | | | |
| 6. Legg Mason Special Investment Trust | | | | | Buy | 12/9 | J | | |
| 7. Legg Mason Special Investment Trust | | | | | Buy | 12/13 | J | | |
| 8. Euro Pacific Growth Fund | A | Dividend | K | T | Buy | 12/29 | J | | |
| 9. Washington Mutual Investors Fund | A | Dividend | L | T | | | | | |
| 10. Washington Mutual Investors | | | | | Buy | 3/22 | J | | |
| 11. Washington Mutual Investors | | | | | Buy | 6/21 | J | | |
| 12. Washington Mutual Investors | | | | | Buy | 12/20 | J | | |
| 13. Pimco Total Return Fund Cl A | A | Dividend | K | T | | | | | |
| 14. Pimco Total Return Fund Cl A | | | | | Buy | 2/1 | J | | |
| 15. Pimco Total Return Fund Cl A | | | | | Buy | 3/1 | J | | |
| 16. Pimco Total Return Fund Cl A | | | | | Buy | 4/1 | J | | |
| 17. Pimco Total Return Fund Cl A | | | | | Buy | 5/2 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J | 05/1/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| 18. Pimco Total Return Fund Cl A | | | | | Buy | 7/1 | J | | | |
| 19. Pimco Total Return Fund Cl A | | | | | Buy | 8/1 | J | | | |
| 20. Pimco Total Return Fund Cl A | | | | | Buy | 10/3 | J | | | |
| 21. Pimco Total Return Fund Cl A | | | | | Buy | 11/3 | J | | | |
| 22. Pimco Total Return Fund Cl A | | | | | Buy | 12/1 | J | | | |
| 23. Pimco Total Return Fund Cl A | | | | | Buy | 12/15 | J | | | |
| 24. Chevy Chase Bank, Chevy Chase, MD | A | Interest | K | T | | | | | | |
| 25. Heritage Housing Assoc. Waterloo, IA | A | Rent | K | W | | | | | | |
| 26. Sun Trust Bank, Chevy Chase, MD | A | Interest | J | T | | | | | | |
| 27. Sears Common Stock | A | Dividend | | | Sell | 3/30 | K | E | | |
| 28. DID Venture (5% LTD Partnership int. in apt.) Chicago, IL | D | Rent | K | W | | | | | | |
| 29. Legg Mason Wood Walker IRA (Legg Mason Value Trust) | A | Interest | J | T | | | | | | |
| 30. ███████ Rental Property | A | Rent | L | Q | | | | | | |
| 31. First National Bank of St. Mary's, Lexington Park, MD | | None | J | T | Closed | 12/31 | | | | |
| 32. Montgomery County, MD; Rental Property | C | Rent | M | W | | | | | | |
| 33. Legg Mason General Account (same as #34 through #64) | | | | | | | | | | |
| 34. Legg Mason - Emerging Markets Trust | A | Dividend | K | T | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J | 05/1/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Legg Mason - Emerging Markets Trusts | | | | | Buy | 6/10 | J | | |
| 36. Legg Mason - Emerging Markets Trusts | | | | | Buy | 6/21 | J | | |
| 37. Legg Mason - Emerging Markets Trusts | | | | | Buy | 12/9 | J | | |
| 38. Legg Mason - Emerging Markets Trusts | | | | | Buy | 12/13 | J | | |
| 39. Legg Mason - Emerging Markets Trusts | | | | | Buy | 12/22 | J | | |
| 40. Legg Mason Value Trust | A | Dividend | K | T | | | | | |
| 41. Washington Mutual Inv. Fund | A | Dividend | K | T | | | | | |
| 42. Washington Mutual Inv. Fund | | | | | Buy | 3/22 | J | | |
| 43. Washington Mutual Inv. Fund | | | | | Buy | 6/21 | J | | |
| 44. Washington Mutual Inv. Fund | | | | | Buy | 9/20 | J | | |
| 45. Washington Mutual Inv. Fund | | | | | Buy | 12/20 | J | | |
| 46. Legg Mason Opp. Trust | A | Dividend | K | T | | | | | |
| 47. Legg Mason Opp. Trust | | | | | Buy | 3/16 | J | | |
| 48. New Perspective Fund | A | Dividend | K | T | | | | | |
| 49. New Perspective Fund | | | | | Buy | 12/29 | J | | |
| 50. Delaware Int. Value Equity Fund Cl A | A | Dividend | K | T | | | | | |
| 51. Delaware Int. Value Equity Fund Cl A | | | | | Buy | 12/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J | 05/1/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Pimco Real Return Fund Cl A | A | Dividend | K | T | | | | - | |
| 53. Pimco Real Return Fund Cl A | | | | | Buy | 2/1 | J | | |
| 54. Pimco Real Return Fund Cl A | | | | | Buy | 3/1 | J | | |
| 55. Pimco Real Return Fund Cl A | | | | | Buy | 4/1 | J | | |
| 56. Pimco Real Return Fund Cl A | | | | | Buy | 5/2 | J | | |
| 57. Pimco Real Return Fund Cl A | | | | | Buy | 6/1 | J | | |
| 58. Pimco Real Return Fund Cl A | | | | | Buy | 7/1 | J | | |
| 59. Pimco Real Return Fund Cl A | | | | | Sell | 7/26 | J | A | |
| 60. Pimco Real Return Fund Cl A | | | | | Buy | 9/1 | J | | |
| 61. Pimco Real Return Fund Cl A | | | | | Buy | 10/3 | J | | |
| 62. Pimco Real Return Fund Cl A | | | | | Buy | 11/1 | J | | |
| 63. Pimco Real Return Fund Cl A | | | | | Buy | 12/1 | J | | |
| 64. Pimco Real Return Fund Cl A | | | | | Buy | 12/15 | J | | |
| 65. Promissory Note - Clementine Gallery, New York, NY | D | Interest | L | T | Loan | 9/1 | L | | Clementine Gallery |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

#33. The type of income for this asset is "Dividend," not "Interest," as incorrectly reported previously.

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J | 05/1/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date____ 5/1/06 ____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544